# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

143473

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN BOMAR,
     Defendant-Appellant.

SC: 143473
COA: 300568
Macomb CC: 07-005808-FC

_____/

On order of the Court, the application for leave to appeal the June 14, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

h1219